**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**(Kansas City Docket)**

FILED

FEB 15 2019

TIMOTHY M. O'BRIEN CLERK
By_____Deputy

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

ASHLEY USHAMBA,
BONIFACE FRANK NYAMAYARO
    A/K/A "Bonay," and
ZVIRAVIRWA JEHU RUBABA,

          Defendants.

Case No. 19-mj-08035-TJJ

## CRIMINAL COMPLAINT

The United States Attorney for the District of Kansas charges:

### INTRODUCTION

At all times relevant to this Complaint:

1.    Defendant Ashley Ushamba resided in Kansas.  Defendant Boniface Frank Nyamayaro resided in Kansas.  Defendant Zviravirwa Jehu Rubaba resided in Texas.

2.    A "means of identification" was any name or number that may be used, alone or in conjunction with any other information, to identify a specific individual, including a name, Social Security number, or date of birth.

3.    A "prepaid debit card" was a card linked to an account at a financial institution used to receive deposits electronically like a traditional

bank account and to make purchases and cash withdrawals with funds in the account like a traditional debit card.

4.    The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for enforcing and administering the tax laws of the United States, and collecting taxes owed to the United States.

### THE SCHEME TO DEFRAUD

5.    Defendants Ashley Ushamba, Boniface Frank Nyamayaro, Zviravirwa Jehu Rubaba, and others known and unknown, obtained the means of identification of individuals, including names, dates of birth, and Social Security numbers of these individuals.

6.    It was further part of the scheme that defendants Ashley Ushamba, Boniface Frank Nyamayaro, Zviravirwa Jehu Rubaba, and others known and unknown, used these means of identification to prepare, electronically file, and cause to be filed false and fraudulent U.S. Individual Income Tax Returns to generate fraudulent tax refunds.

7.    It was further part of the scheme that defendant Ashley Ushamba unlawfully used the means of identification of other individuals to obtain prepaid debit cards for purposes of receiving the fraudulent proceeds of the scheme.

8.    It was further part of the scheme that defendant Ashley Ushamba used the predpaid debit cards in the names of other persons to buy goods and services using the fraudulent proceeds of the scheme.

## COUNT 1

*18 U.S.C. § 1349 – Conspiracy to Commit Wire and Mail Fraud*

9.     Paragraphs 1 through 8 are incorporated as though fully set out herein.

10.     From in or about February 2012 through on or about March 19, 2014, the dates being approximate and inclusive, within the District of Kansas and elsewhere, the defendants,

**ASHLEY USHAMBA,
BONIFACE FRANK NYAMAYARO, and
ZVIRAVIRWA JEHU RUBABA,**

knowingly conspired and agreed with each other and with other persons known and unknown to commit the following offenses against the United States:

a. voluntarily and intentionally devised and executed and attempted to execute by interstate wire a scheme to defraud and obtain money and other property by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1343; and

b. intentionally devised and executed and attempted to execute a scheme to defraud and obtain money and other property by means of false and fraudulent pretenses, representations, and promises, and for the purpose of executing such scheme caused to be placed in a post office and authorized depository for mail matter, a matter and thing to be delivered by the United States Postal Service, in violation of Title 18, United States Code, Section 1341.

3

**OBJECT OF THE CONSPIRACY AND MANNER AND MEANS**

11.    As part of the scheme to defraud, the defendants sent means of

identifications to each other via email and text messages.  For instance, the

defendants sent emails or text messages as set forth below:

| Date | Defendants | Description of Message |
|------|-----------|------------------------|
| 2/5/2014 | Nyamayaro and Ushamba | Email from Nyamayaro to Ushamba forwarding spreadsheet containing personal identifying information for approximately 45 individuals or entities |
| 2/8/2014 | Ushamba and Nyamayaro | Email from Ushamba to Nyamayaro sending a table containing personal identifying information for approximately 4 individuals |
| 3/5/2014 | Ushamba and Rubaba | Chat message from Rubaba to Ushamba forwarding attachment containing identifying information for approximately 38 individuals |
| 3/15/2014 | Ushamba and Rubaba | Chat message forwarding a screen shot of a device containing, "[Redacted], $2193 has been added to your card!" |
| 3/16/2014 | Ushamba and Nyamayaro | Chat message exchange between Ushamba and Nyamayaro discussing debit cards in other peoples' names sent to locations, including the Super 8 Motel |

12.    As part of the scheme to defraud, the defendants or other

conspirators used these identities and filed, or caused to be filed, false and

fraudulent income tax returns.  The returns were filed electronically with the

IRS.  For instance, on the dates listed below, the defendants or other

conspirators caused the following false and fraudulent income tax returns to be filed:

| Date of Filing | IRS Form | Taxpayers' Initials |
|---|---|---|
| 2/10/2014 | 2013 Form 1040A | C.W. |
| 3/8/2014 | 2013 Form 1040 | C.B. |
| 2/2/2014 | 2013 Form 1040 | N.J. |
| 2/4/2014 | 2013 Form 1040A | M.H. |
| 2/6/2014 | 2013 Form 1040A | A.M. |
| 2/20/2014 | 2013 Form 1040A | B.S. |

13.   As part of the scheme to defraud, the defendants or other conspirators caused IRS to send money via wire transfers to prepaid debit cards in the names of other individuals.  For instance, the defendants or other conspirators caused the following wire transfers from IRS:

| Date Received | Amount of Wire Transfer | Debit Card |
|---|---|---|
| 2/20/2014 | $2,193.00 | Debit card in name of C.W. |
| 3/19/2014 | $4,066.00 | Debit card in name of C.B. |
| 2/12/2014 | $2,056.00 | Debit card in name of M.H. |

14.   As part of the scheme to defraud, the defendants used the prepaid debit cards, containing tax refund monies the defendants obtained in the names of other persons, to buy goods and services.  For instance, Defendant Ashley Ushamba used the debit cards as set forth below:

| Date | Debit Card | Location | Amount |
|---|---|---|---|
| 2/20/2014 | Debit card in name of C.W. | United States Post Office in Overland Park, Kansas | $1,893.30 |

| 3/19/2014 | Debit card in name of C.B. | United States Post Office in Overland Park, Kansas | $2,000.00 |
| 2/12/2014 | Debit card in name of M.H. | Walmart Supercenter in Pittsburg, Kansas | $1,976.40 |

15.  As part of the scheme to defraud, the defendants caused debit cards in other persons' names to be mailed to the defendants or addresses where the defendants could obtain the debit cards.  For instance, on or about March 19, 2014, defendant Nyamayaro caused a debit card in the name of another person to be mailed to a Super 8 motel in Overland Park, Kansas, which Ushamba picked up.

16.  This was all in violation of Title 18, United States Code, Section 1349.

**COUNTS 2 THROUGH 7**
*18 U.S.C. § 1343 – Wire Fraud*

17.  On or about the dates listed in the table below, in the District of Kansas and elsewhere, the defendant,

**ASHLEY USHAMBA,**

for the purpose of executing the scheme to defraud, transmitted and caused to be transmitted from the state of Kansas to another state, by means of wire communication in interstate commerce, writings, signs, signals, pictures, and sounds, as set forth below.

| Count | On or About Date of Wire Communication | Description of Wire |
|---|---|---|
| 2 | February 20, 2014 | Use of debit card in name of C.W. at United States Post Office in Overland Park, Kansas in amount of $1,893.30, causing wire transfer from Kansas to Minnesota and California |

| 3 | February 21, 2014 | Use of debit card in name of C.W. at Macy's in Overland Park, Kansas in amount of $41.77, causing wire transfer from Kansas to California, Georgia, and Nevada |
| 4 | February 21, 2014 | Use of debit card in name of C.W. at Macy's in Overland Park, Kansas in amount of $43.59, causing wire transfer from Kansas to California, Georgia, and Nevada |
| 5 | February 24, 2014 | Use of debit card in name of C.W. at Costco in Overland Park, Kansas in amount of $71.78, causing wire transfer from Kansas to California, Georgia, and Nevada |
| 6 | March 1, 2014 | Use of debit card in name of C.W. at Santa Fe Auto Sound in Overland Park, Kansas in amount of $21.70 causing wire transfer from Kansas to California, Georgia, and Nevada |
| 7 | March 19, 2014 | Use of debit card in the name of C.B. at a United States Post Office in Overland Park, Kansas in the amount of $2,000, causing a wire transmission from Kansas to Minnesota and California |

18.   Each was done in violation of Title 18, United States Code, Section 1343.

## COUNTS 8 THROUGH 13
*18 U.S.C. § 1028A - Aggravated Identity Theft*

19.   Paragraphs 1 through 18 are incorporated as though fully set out herein.

20.   On or about each of the dates listed in the table below, in the District of Kansas, the defendants,

**ASHLEY USHAMBA and
BONIFACE FRANK NYAMAYARO,**

knowingly possessed, transferred, and used the means of identification of another person without lawful authority during and in relation to an offense in this Indictment identified as the related count below, that is, the defendants

7

knowingly used the name of an actual person known to the Grand Jury and listed by initials below, to commit the related wire fraud charge.

| Count | Date of Offense | Related Count | Individual | Defendant |
|-------|-----------------|---------------|------------|-----------|
| 8 | 2/20/14 | 2 | C.W. | USHAMBA and NYAMAYARO |
| 9 | 2/21/2014 | 3 | C.W. | USHAMBA and NYAMAYARO |
| 10 | 2/21/2014 | 4 | C.W. | USHAMBA and NYAMAYARO |
| 11 | 2/24/2014 | 5 | C.W. | USHAMBA and NYAMAYARO |
| 12 | 3/1/2014 | 6 | C.W. | USHAMBA and NYAMAYARO |
| 13 | 3/19/2014 | 7 | C.B. | USHAMBA |

21.     Each was done in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNTS 14 AND 15
### *18 U.S.C. § 641 – Theft of Government Funds*

22.     Paragraphs 1 through 21 are incorporated as though fully set out herein.

23.     On or about the dates listed in the table below, in the District of Kansas, the defendant,

### ASHLEY USHAMBA,

stole and knowingly converted to his own use, money of the United States, namely funds administered by the Department of the Treasury in the form of federal tax refunds for taxpayers (whose names are known to the Grand Jury

and are identified in the table below by their initials) and in the amounts listed below, which were deposited onto a prepaid debit card.

| Count | Defendant | Date of Deposit | Taxpayer | Amount |
|-------|-----------|-----------------|----------|--------|
| 14 | Ashley Ushamba | February 20, 2014 | C.W. | $2,193 |
| 15 | Ashley Ushamba | March 19, 2014 | C.B. | $4,066 |

24.     Each of these was done in violation of Title 18, United States Code, Sections 641 and 2.

## COUNT 16
*18 U.S.C. 1029(a)(3) – Access Device Fraud*

25.  Paragraphs 1 through 24 are incorporated as though fully set out herein.

26.  On or about March 19, 2014, in the District of Kansas, the defendant,

**ASHLEY USHAMBA**,

knowingly and with intent to defraud, possessed at least fifteen counterfeit and unauthorized access devices, that is, account numbers and personal identification numbers, in violation of Title 18, United States Code, Section 1029(a)(3).

## *AFFIDAVIT*

I further state that I am a Special Agent with the Internal Revenue Service (IRS), and this complaint is based upon the following facts:

1.  I am a Special Agent with IRS – Criminal Investigation Division (IRS-CI) and have been so employed since March 3, 2008.  I am currently assigned

to the Lee's Summit, Missouri, Post of Duty of the St. Louis Field Office. I have a bachelor's of science degree in accounting, a bachelor's of arts degree in business administration management, and a master's of accountancy from Truman State University in Kirksville, Missouri. As a special agent, my duties and responsibilities include the investigation of criminal violations of the Internal Revenue Code (Title 26, United States Code), the Money Laundering Control Act (Title 18, United States Code), the Bank Secrecy Act (Title 31, United States Code) and related offenses.

2. During my tenure with IRS-CI, I have received extensive training in conducting financial investigations. I have investigated cases utilizing various methods of proof including specific items and bank deposits. I have participated in or conducted various complex financial investigations including income tax evasion, subscribing to false returns, aiding and assisting in the preparation of false returns, and stolen identity refund fraud. I have analyzed all types of financial records including bookkeeping records, bank records, invoices, contracts, loan agreements, business books and records, tax returns, return preparer's notes and work papers, and other documents of financial transactions. I have developed evidence that was used as probable cause for search warrants. I have also participated in the execution of various search, seizure, and arrest warrants in the capacity of affiant and/or participant.

3. This affidavit is based on my own personal knowledge and information provided to me by other law enforcement officers and witnesses.

4. On March 19, 2014, Overland Park Police Officers were dispatched to a Super 8 Motel after an anonymous source reported that Ashley Ushamba, who worked at the hotel, had called another employee at the hotel asking about a piece of mail that was sent to Ushamba at the hotel, in another person's name. Officers responded and ultimately arrested Ushamba after he picked up the mail. In Ushamba's possession was unopened mail in another person's name, a cell phone, a piece of stationary from the Hawthorne hotel with another person's social security number and other people's names written on it, and two debit cards issued in other people's names.

5. An Overland Park detective assigned to the investigation obtained a search warrant for the cell phone that was in Ushamba's possession and Ushamba's residence, where Ushamba's father (co-defendant Boniface Frank Nyamayaro lived as well). Law enforcement officers seized documents containing personal identifying information from Ushamba's room, as well as copies of driver's licenses, social security cards, debit cards, and other financial documents in the names of other persons.

6. Electronic devices, including an iPad and cell phone were also seized during the investigation. For instance, at the time of his arrest, Ushamba was in possession of more than 15 forms of identification, both in electronic and paper form. Zviravirwa Jehu Rubaba was with Ushamba at the time of his

arrest. Rubaba stated that he had used his iPad and written down names given to him by Ushamba while he was staying at the Hawthorne hotel. Law enforcement seized Rubaba's iPad and phone.

7. Law enforcement obtained search warrants for the electronic devices and search warrants for email addresses known to be used by Ushamba, Rubaba, and Nyamayaro. Upon executing the search warrants, law enforcement officers learned that the defendants were causing income tax returns to be filed in other persons' names, obtaining fraudulent refunds that were sent via electronic transfer to debit cards the defendants established in the names of other persons.

8. Agents obtained bank records for various bank accounts, including Bancorp, as part of the investigation. In reviewing the records, agents were able to review numerous financial transactions that were conducted by Ushamba using debit cards from accounts funded with fraudulent tax refunds.

9. In reviewing electronic messages (chat messages, emails, and text messages), agents identified the following messages sent between the defendants, along with other messages that either discussed identity fraud, tax return information, or forwarded personal identifying information:

| Date | Defendants | Description of Message |
|------|-----------|------------------------|
| 2/5/2014 | Nyamayaro and Ushamba | Email from Nyamayaro to Ushamba forwarding spreadsheet containing personal identifying information for approximately 45 individuals or entities |
| 2/8/2014 | Ushamba and Nyamayaro | Email from Ushamba to Nyamayaro sending a table containing personal identifying information for approximately 4 individuals |
| 3/5/2014 | Ushamba and Rubaba | Chat message from Rubaba to Ushamba forwarding attachment containing identifying information for approximately 38 individuals |
| 3/15/2014 | Ushamba and Rubaba | Chat message forwarding a screen shot of a device containing, "[Name of identity theft victim], $2193 has been added to your card!" |
| 3/16/2014 | Ushamba and Nyamayaro | Chat message exchange between Ushamba and Nyamayaro discussing debit cards in other peoples' names sent to locations, including the Super 8 Motel |

10. In reviewing IRS records of returns filed in the names of other persons, I identified the following tax returns that were falsely filed in the

names of persons whose identities were possessed and transferred between the defendants, seeking refunds. The returns were filed without the person's knowledge.

| Date of Filing | IRS Form | Taxpayers' Initials |
|---|---|---|
| 2/10/2014 | 2013 Form 1040A | C.W. |
| 3/8/2014 | 2013 Form 1040 | C.B. |
| 2/2/2014 | 2013 Form 1040 | N.J. |
| 2/4/2014 | 2013 Form 1040A | M.H. |
| 2/6/2014 | 2013 Form 1040A | A.M. |
| 2/20/2014 | 2013 Form 1040A | B.S. |

11. In addition to other refunds connected to returns filed using stolen identities connected to the defendants, IRS issued refunds for three of the tax returns I reviewed. By obtaining records from IRS, I was able to determine that IRS sent refunds, via wire transfer, to three debit cards, each issued in the name of the stolen identity, as set forth below:

| Date | Amount of Wire Transfer | Debit Card |
|---|---|---|
| 2/20/2014 | $2,193.00 | Debit card in name of C.W. |
| 3/19/2014 | $4,066.00 | Debit card in name of C.B. |
| 2/12/2014 | $2,056.00 | Debit card in name of M.H. |

12. As part of the scheme to defraud, the defendants caused debit cards to be mailed to addresses used by the defendants, their friends or family members, or in their neighborhood. On or about March 19, 2014, defendant Nyamayaro caused a debit card in the name of another person to be mailed to the Super 8 motel in Overland Park, Kansas, where defendant Ushamba worked. One of the two debit cards in Ushamba's possession at the time of his arrest on March 19, 2014, had been used to obtain a fraudulent tax refund. Further, the card had been used to spend the tax refund.

13. Ushamba used the debit cards obtained during the scheme to purchase a variety of goods and services. By reviewing bank records obtained during the investigation, I determined that Ushamba conducted the following transactions using debit cards in the names of other individuals:

-- On February 12, 2014, Ushamba used a debit card in the name of M.H. to conduct a transaction in the amount of $1,976.40 at a Walmart Supercenter in Pittsburg, Kansas.

-- On February 20, 2014, Ushamba used a debit card in the name of C.W. to conduct a transaction in the amount of $1,893.30 at a United States Post Office in Overland Park, Kansas.

-- On February 21, 2014, Ushamba used a debit card in the name of C.W. to conduct a transaction in the amount of $41.77 at a Macy's department store in Overland Park, Kansas.

-- On February 21, 2014, Ushamba used a debit card in the name of C.W. to conduct a transaction at Macy's department store in the amount of $43.59 at a Macy's department store in Overland Park, Kansas.

-- On February 24, 2014, Ushamba used a debit card in the name of C.W. to conduct a transaction in the amount of $71.78 at a Costco store in Overland Park, Kansas.

-- On March 1, 2014, Ushamba used a debit card in the name of C.W. to conduct a transaction in the amount of $21.70 at a Santa Fe Auto Sound store in Overland Park, Kansas.

-- On March 19, 2014, Ushamba used a debit card in the name of C.B. to conduct a transaction in the amount of $2,000 at a United States Post Office in Overland Park, Kansas.

14. I know, based upon information obtained during this investigation, that the debit cards obtained in the names of C.W., C.B., and M.H. were AccountNow (GreenDot) debit cards that were also associated with The Bancorp. I know that when someone uses an AccountNow (GreenDot) debit card at a point-of-sale location in Kansas, wire signals are sent from the Kansas location to GreenDot servers, which are located in California, Georgia, and Nevada. Additionally, when someone uses a debit card at a post office in Kansas, wire signals are sent from Kansas to Postal Service's servers located in Minnesota or California.

The aforementioned violations occurred in the District of Kansas.

Special Agent Leah Patrick
IRS – Criminal Investigation

Sworn to before me and subscribed in my presence this 15th day of February, 2019, in Kansas City, Kansas.

THE HONORABLE TERESA J. JAMES
United States Magistrate Judge

13

**PENALTIES:**

Cts. 1:        18 U.S.C. § 1349
               Conspiracy to Commit Wire and Mail Fraud

- NMT 20 years imprisonment
- NMT $250,000 fine, or two times the gain or two times the loss
- NMT 3 years supervised release
- $100 Special Assessment
- Forfeiture Allegation

Cts. 2-7:      18 U.S.C. § 1343
               Wire Fraud

- NMT 20 years imprisonment
- NMT $250,000 fine, or two times the gain or two times the loss
- NMT 3 years supervised release
- $100 Special Assessment
- Forfeiture Allegation

Cts. 8-13:     18 U.S.C. § 1028A
               Aggravated Identity Theft

- NLT 2 years imprisonment consecutive to any other sentence
- NMT $250,000 fine, or two times the gain or two times the loss
- NMT 1 year supervised release
- $100 Special Assessment
- Forfeiture Allegation

Cts. 14-15:    18 U.S.C. § 641
               Theft of Government Funds

- NMT 10 years imprisonment
- NMT $250,000 fine, or two times the gain or two times the loss
- NMT 3 years supervised release
- $100 Special Assessment
- Forfeiture Allegation

Ct. 16:        18 U.S.C. § 1029(a)(3)
               Access Device Fraud

- NMT 10 years imprisonment
- NMT $250,000 fine, or two times the gain or two times the loss
- NMT 3 years supervised release

14

- ■      $100 Special Assessment
- ■      Forfeiture Allegation